# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CHARLES MONTE ROYALL,**

     Plaintiff,

     v.

**CARL HILLIARD**, et al.,

     Defendants.

Case No. 24-cv-820 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [ECF No. 5] Defendants' Motion to Dismiss is GRANTED.  It is further

**ORDERED** that the complaint and case are dismissed.

This is a final appealable Order.

**SO ORDERED**.

 

CHRISTOPHER R. COOPER
United States District Judge

Date:   November 18, 2024